IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN O'NEAL CRAIG,

      Petitioner,   No. 03-CV-5384 ALA HC

  vs.

A.K. SCRIBNER, Warden,

      Respondent.   ORDER

_____/

    Respondent is requested to provide this Court with a copy of Respondent's Exhibits A-E, which Respondent referred to in the Answer to Petition for Writ of Habeas Corpus. The clerk's office has been unable to locate them.

/////

    In accordance with the above, IT IS HEREBY ORDERED that Respondent is directed to provide copies of Respondent's Exhibits within twenty-one days from the date of service of this order.

/////

DATED: January 23, 2008

                                       /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation