IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN O'NEAL CRAIG,

    Petitioner,               No. 03-CV-5384 ALA HC

    vs.

A.K. SCRIBNER, Warden,

    Respondent.             <u>ORDER</u>

        On January 23, 2008, this court issued an order requiring Respondent to provide additional copies of exhibits that were submitted with Respondent's answer. After filing, the Clerk's Office notified the court that they had located the necessary exhibits. Therefore, the court's order of January 23, 2008, docket number 17, is hereby vacated.

**IT IS SO ORDERED.**

/////

DATED: January 24, 2008

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

1